## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| RAMONA GAYNOR, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-157 |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

## **O R D E R**

Plaintiff filed her Complaint initiating this action on July 24, 2024. (Doc. 1.) On September 19, 2024, she filed a "Motion for Voluntary Dismissal," stating that she "no longer wishes to pursue this matter." (Doc. 10.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 25th day of September, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA